PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEILA CRUZ, | ) | |
| | ) | CASE NO. 5:20CV2246 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| AKRON POLICE DEPT., *et al.*, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |

This action is dismissed without prejudice. Plaintiff may reopen this action within thirty days of the date of this Order by first paying the full filing fee of $405.00 and then filing a Motion to Reopen. The Court will not accept the Motion to Reopen or any other Motion unless the full filing fee is first paid. The Court certifies, pursuant to [28 U.S.C. § 1915(a)(3)](28 U.S.C. § 1915(a)(3)), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

  March 1, 2021              */s/ Benita Y. Pearson*
Date                          Benita Y. Pearson
                              United States District Judge